Date signed June 28, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:                                   :
                                         :
RODNEY C. HASKINS, SR.                   :      Case No. 11-19807PM
MICHELE RENE HASKINS                     :           Chapter 13
                                         :
           Debtors                       :
- - - - - - - - - - - - - - - - - - - - -:

## MEMORANDUM OF DECISION

The Trustee filed a Motion to Disallow the Claim of One West Bank, FSB ("One West"), because that entity refused distributions under the confirmed Chapter 13 Plan. As the payment of accrued arrearage and expense amounting to $38,017.17 was the cornerstone of the Debtors' Plan and the reason for the filing of the bankruptcy case, the court sent a Memorandum to the parties on June 4, 2012, suggesting they address themselves to the issue of non-acceptance of payments under the Plan. Debtors appear to be current in their payments to the Trustee; however, the stay of 11 U.S.C. § 362(a) has been terminated because of the failure of the Debtors to file a response to a Motion for Relief from Stay filed on behalf of One West. Inasmuch as this often happened in cases where the Debtors' counsel of record appeared for debtors, the court issued its Memorandum in the hope that the parties could discuss the situation. Because of the lack of response to the Memorandum, the court will grant the Trustee's Motion to Disallow the Claim of One West.

cc:
Rodney/Michele Haskins, 910 E. Tantallon Drive, Fort Washington, MD 20744
Sheron Barton, Esq., 1025 Connecticut Avenue, Suite 1000, Washington DC 20036
Deborah H. Hill, Esq., Morris/Hardwick, 9409 Philadelphia Road, Baltimore, MD 21237
William G. Malcolm, Esq., OneWest Bank FSB, 2900 Esperanza Crossing, Austin, Tex. 78758
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**